UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the ESTATE OF ADAN ADRIAN MADRID,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MAITE AU QUIROGA, *et al.,*<br><br>    Defendant(s). | Case No. 2:11-cv-0755-RLH-GWF<br><br>**O R D E R**<br>(Application for Default Judgment–#30) |

Before the Court is Plaintiff's Amended Application for Default Judgment Against Defendant Maite Au Quiroga (#30, filed January 30, 2012).

The Motion is essentially one page long. Despite the Court's repeated requests, and counsel's repeated promises, there is provided no affidavit from the Plaintiff, or someone with personal knowledge of the facts, to support or establish liability or a measure of damages.

IT IS THEREFORE ORDERED that Plaintiff's Amended Application for Default Judgment Against Defendant Maite Au Quiroga (#30) is denied.

Dated: March 28, 2012.

_____
Roger L. Hunt
United States District Judge