# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009),

Plaintiffs,

vs.

MAITE AU QUIROGA, *et al.*,

Defendants.

Case No.  2:11-cv-00755-RLH-GWF
(consolidated with Case No. 2:12-cv-00076-RLH-GWF )

**ORDER**

Motion to Compel (#41)

      This matter comes before the Court on Defendants' Motion to Compel and for Sanctions as to Isaac Madrid (#41), filed on June 19, 2012.  Plaintiff Isaac Madrid failed to file a response to this motion.  Defendants further represent that Plaintiff failed to attend a noticed deposition and has failed to respond to any of Defendants' attempts to communicate.  Defendants requests the Court set a hearing, requiring Plaintiff to personally appear and inform the Court of his intentions to proceed with this case.  Based on Plaintiff's lack of recent involvement in this case, the Court will grant Defendants' request.  The Court will reserve ruling on the merits of Defendants' motion and request for sanctions until after the status hearing.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Compel and for Sanctions as to Isaac Madrid (#41) is **granted** to the extent that the Court will set a hearing and require Plaintiff Isaac Madrid to personally appear.

      **IT IS FURTHER ORDERED** that a status hearing on Defendants' Motion to Compel (#41) is set for **Wednesday, July 18, 2012 at 11:00 a.m** in Las Vegas Courtroom 3A.   Plaintiff is required to personally attend the hearing on this matter.  Failure to attend this hearing may result in

the imposition of sanctions including a recommendation that Plaintiff Isaac Madrid's complaint be dismissed for lack of prosecution.  Only Plaintiff Isaac Madrid and Defendants need to appear at this hearing.

DATED this 10th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge