1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **DISTRICT OF NEVADA**
7
8   TERESA ROMERO, individually and as Special    )
    Administrator of the Estate of ADAN ADRIAN    )
9   MADRID (October 11, 2005 to May 26, 2009),    )    Case No.  2:11-cv-00755-RLH-GWF
                                                  )    (consolidated with Case No.
10          Plaintiffs,                           )    2:12-cv-00076-RLH-GWF )
                                                  )
11  vs.                                           )    **ORDER**
                                                  )
12  MAITE AU QUIROGA, *et al.*,                   )    Motion to Compel (#41)
                                                  )
13          Defendants.                           )
                                                  )
14  _____     )

15          This matter comes before the Court on Defendants' Motion to Compel and for Sanctions as

16  to Plaintiff Isaac Madrid (#41), filed on June 19, 2012.  Because of Plaintiff Isaac Madrid's lack of

17  participation in this case, the Court conducted a hearing on July 18, 2012 to inquire whether

18  Plaintiff intends to prosecute this case.  At the hearing, Plaintiff informed the Court that he is trying

19  to secure counsel to assist him in prosecuting this matter.  Based on Plaintiff's representations that

20  he intends to pursue this case, the Court grants Defendants' Motion to Compel.  Accordingly,

21          **IT IS HEREBY ORDERED** that  Defendants' Motion to Compel and for Sanctions as to

22  Plaintiff Isaac Madrid (#41) is **granted**.  Plaintiff Isaac Madrid shall have until **August 17, 2012** to

23  respond to Defendants' request for production of documents

24          **IT IS FURTHER ORDERED** that Defense counsel shall re-notice Plaintiff's deposition

25  for a date prior to the close of discovery and Plaintiff Isaac Madrid shall make himself available for

26  the noticed deposition.

27  . . .

28  . . .

**IT IS FURTHER ORDERED** that Plaintiff Isaac Madrid's failure to comply with this order will result in the impositions of sanctions up to and including a recommendation that Plaintiff Isaac Madrid's complaint be dismissed.

DATED this 18th day of July, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge

2