UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAITE AU QUIROGA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-00755-MMD-GWF<br><br>ORDER |

　　This is a case brought by the natural mother of a deceased child and the child's estate who sought compensation against various Defendants for damages sustained due to the alleged wrongful death of her son. This case was consolidated with another action brought by the child's natural father. *See Madrid v. Clark Cnty.*, No. 2:12-cv-76-MMD-GWF (D. Nev. filed Jan. 17, 2012).

　　While Plaintiffs' Second Amended Application for Default Judgment Against Defendant, Maite Au Quiroga (dkt. no. 46) was pending, the parties in this case reached settlement (*see* dkt. no. 52). As a result, Plaintiffs' Motion is moot.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Second Amended Application for Default Judgment Against Defendant, Maite Au Quiroga (dkt. no. 46) is DENIED as moot.

　　DATED THIS 24th day of January 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE