UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID,<br><br>Plaintiffs,<br><br>v.<br><br>MAITE AU QUIROGA, et al.,<br><br>Defendants. | Case No. 2:11-cv-00755-MMD-GWF<br><br>ORDER |

In response to the Court's January 24, 2013, Order denying as moot Plaintiffs' request for default judgment (dkt. no. 55), Plaintiffs filed a Motion to Reconsider seeking to vacate the January 24 Order (dkt. no. 56). The Order denied Plaintiffs' request based on a minute order that appeared to show that the parties in this case had reached settlement. (*See* dkt. no. 52.) Plaintiffs' Motion, however, inform the Court that the settlement was reached as to all parties except for Defendant Maite Au Quiroga, and that, as a result, their request for default judgment as to Quiroga is not moot. The Court agrees.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Reconsider (dkt. no. 56) is GRANTED. The Court's January 24, 2013, Order (dkt. no. 55) is VACATED. Plaintiffs' Second Amended Application for Default Judgment is taken under submission.

DATED THIS 31st day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE