**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009),

Plaintiffs,

vs.

MAITE AU QUIROGA, *et al.*,

Defendants.

Case No. 2:11-cv-00755-MMD-GWF
(consolidated with Case No. 2:12-cv-00076-MMD-GWF)

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a). Counsel for a party in this action has been appointed to the Merit Selection Panel regarding the undersigned's reappointment.

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 8th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge