# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009),<br><br>                    Plaintiffs,<br><br>vs.<br><br>MAITE AU QUIROGA, *et al.*,<br><br>                    Defendants. | Case No.  2:11-cv-00755-MMD-GWF (consolidated with Case No. 2:12-cv-00076-MMD-GWF ) |

On February 8, 2013, the undersigned Magistrate Judge for the District of Nevada recused himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).  The basis for the recusal having been eliminated, it is hereby withdrawn.  This action may be reassigned back to the undersigned for further proceedings.

**IT IS SO ORDERED.**

DATED this 14th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge