UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>MAITE AU QUIROGA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-00755-MMD-GWF<br><br>ORDER<br><br>(Plf.'s Second Amended Application for Default Judgment – dkt. no. 46) |

Before the Court is Plaintiff Teresa Romero's Second Amended Application for Default Judgment Against Defendant Maite Au Quiroga. (*See* dkt. no. 46.) This suit arises out of the alleged negligence of Au Quiroga during the care of Romero's child who died while Au Quiroga's served as the child's foster mother. (*See* dkt. no. 1-B.)

Romero's request for default judgment is deficient and will be denied with leave to re-file. Romero briefly summarizes the factual allegations giving rise to this case, informs the Court that Au Quiroga has been served with a summons and the Complaint, and includes a request for money damages in the amount of $350,000. However, Romero does not file a memorandum of points and authorities in support of her motion, as required by Local Rule 7-2(d). *See* Local Rule 7-2(d) (failure to file points and authorities in support of a motion constitutes consent to its denial). She does not address the relevant legal standard governing the award of default judgment, *see Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), and does not apply the facts of this case to that standard. Failure to do so warrants denial of the instant motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff Teresa Romero's Second Amended Application for Default Judgment (dkt. no. 46) is DENIED.  Romero may re-file her motion consistent with the applicable Local Rules as set forth above.

DATED THIS 22nd day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE