MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiff

-o0o-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the estate of ESTATE OF ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009). <br><br> Plaintiffs, <br><br> v. <br><br> MAITE AU QUIROGA, individually; ANGELICA SANCHEZ, individually and in her official capacity; STACY BREEN, individually and in his official capacity; TOM MORTON, individually and in his official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX; individually and in their official capacities; COUNTY OF CLARK EMPLOYEES, XI-XXX individually and in their official capacities; <br><br> Defendants | CASE NO.: 2:11-cv-00755-MMD-GWF <br><br><br> **ORDER GRANTING PETITION TO COMPROMISE AND SETTLE CONTROVERSY OF CLAIM RE: PERSONAL INJURIES TO THE ESTATE OF ADAN ADRIAN MADRID AND RELATED RELIEF** |

UPON A READING of the forgoing PETITION TO COMPROMISE AND SETTLE CONTROVERSY OF CLAIM RE: PERSONAL INJURIES TO THE ESTATE OF ADAN ADRIAN MADRID AND RELATED RELIEF, and good cause appearing therefore,

IT IS ORDERED ADJUDGED AND DECREED decedent died while in the custody of Defendant, Clark County, medical specials and funeral expenses were paid by them. No medical specials or funeral expenses have been paid by the Special Administrator.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that no portion of the settlement proceeds from this case were allocated to special damages, such as medical expenses, which the decedent incurred or sustained before the decedent's death, funeral expenses, or penalties, including, but not limited to, exemplary or punitive damages, that the decedent would have recovered if the decedent had lived.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that since no damages recoverable by the personal representatives of the decedent pursuant to NRS 41.085(5) were part of the settlement proceeds, the Estate claim has a value of and will be compromised at zero.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Special Administrator, shall dismiss the pending lawsuit against the Estate, only.

DATED this 28th day of March, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

GANZ & HAUF

_____
MARJORIE HAUF, ESQ.



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626