**ORDR**
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiff

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the estate of ESTATE OF ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009). | CASE NO.: 2:11-cv-00755-MMD-GWF |
| Plaintiffs, | |
| v. | |
| MAITE AU QUIROGA, individually; ANGELICA SANCHEZ, individually and in her official capacity; STACY BREEN, individually and in his official capacity; TOM MORTON, individually and in his official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; and ROE CORPORATIONS I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX; individually and in their official capacities; COUNTY OF CLARK EMPLOYEES, XI-XXX individually and in their official capacities; | **ORDER GRANTING PETITION FOR COMPROMISE OF MINORS' CLAIMS WITH CLARK COUNTY** |
| Defendants | |

UPON A READING of the foregoing PETITION FOR COMPROMISE OF MINORS' CLAIMS WITH CLARK COUNTY, and good cause appearing therefore,

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 3

IT IS ORDERED ADJUDGED AND DECREED that the Court approves the monetary settlement between Teresa Romero and Clark County, for the benefit of the minor children, VIVIAN MADRID and CLAIRISA MADRID.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff's counsel, Ganz & Hauf, may be paid its reduced settlement fees, according to the terms of the settlement agreement, in the amount of $13,333.33.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Clark County shall contribute $20,000 towards Plaintiff's costs in furtherance of Plaintiff's claims in this litigation, as documented by Plaintiff's counsel. This amount will be paid above and beyond the above-referenced settlement and will not be deducted from the children's recovery.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff's remaining outstanding costs, $2,387.67, be prorated among all recoveries, including those outside the scope of the foregoing PETITION.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that $238.77 of the outstanding costs will be paid from Teresa Romero's settlement with Clark County, leaving $2,148.89 in remaining costs, which will be paid out of the Madrid Children's settlement.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Madrid Children's settlement with Clark County, in the amount of $40,000.00, be divided and paid as follows:

| | |
|---|---|
| Net Recovery to be placed in VIVIAN MADRID's Trust Account: | $12,258.89 |
| Net Recovery to be placed in CLAIRISA MADRID's Trust Account: | $12,258.89 |
| Attorney fees to Plaintiff's counsel, Ganz & Hauf: | $13,333.33 |
| Costs payable to Plaintiff's counsel, Ganz & Hauf: | $2,148.89 |

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the minors' portion of the settlement shall be placed in separate interest bearing blocked accounts, with each institution

1  receiving a copy of the Order in this matter which would preclude the withdrawal of any funds
2  from said account until each minor reaches the age of eighteen or by Order of the Court.

       IT IS FURTHER ORDERED ADJUDGED AND DECREED that Petitioner will file with the Court verification of said notice within 30 days of the receipt of funds and establishing the account.

DATED this  8th  day of April, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT

Respectfully Submitted,

GANZ & HAUF

_____
MARJORIE HAUF, ESQ



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626