Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Petitioner

H&P LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In the matter of the Compromise of the Claim of VIVIAN MADRID and CLAIRISA MADRID | Case No.: 2:11-cv-00755-MMD-GWF<br><br>**Order Releasing Funds** |

Upon the petition of Vivian Madrid and Clairisa Madrid, and good cause appearing therefore, IT IS HEREBY ORDERED that since Vivian Madrid turned 18 years of age on May 20, 2025, the total amount of the proceeds of the compromise which was deposited at Bank of Nevada account number, 3400682101, a blocked trust account, be released in full, including any interest accrued, to Vivian Madrid.

IT IS FURTHER ORDERED that since Clairisa Madrid turned 18 years of age on June 10, 2026, the total amount of the proceeds of the compromise which was deposited at Bank of Nevada account number, 3400682055, a blocked trust account, be released in full, including any interest accrued, to Clairisa Madrid.

DATED: October 19, 2026

Miranda M. Du., U.S. District Judge

Submitted by:

H&P LAW

Marjorie Hauf, Esq.
Nevada Bar No.: 8111